UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO LIRA, | No. 2:19-cv-0064 AC P |
| Petitioner, | |
| v. | ORDER and |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | FINDINGS AND RECOMMENDATIONS |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of mandamus, construed by the Clerk of Court as a petition for writ of habeas corpus. See ECF No. 1. The petition, filed in this court on January 9, 2019, is identical (with the addition of two pages) to a petition for writ of mandamus petitioner filed on November 30, 2018, in Lira v. California Department of Corrections and Rehabilitation, Case No. 2:18-cv-3074 TLN DMC P.[1] Findings and recommendations are currently pending in that case, recommending denial of the petition. Due to the duplicative nature of the instant action, the court will recommend that this action dismissed without prejudice.

////

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly assign a district judge to this case.

Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: January 16, 2019

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE